**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01146-CV

### IN RE LOUIS T. SHIELL II, Relator

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-06516

## ORDER

The Court has before it relator's petition for writ of mandamus. We request that real party in interest and respondent file any responses to the petition by September 9, 2013. Relator's motion for temporary relief remains under consideration by the Court.

/s/    KERRY P. FITZGERALD
        JUSTICE